**Order filed September 25, 2014, Withdrawn and Order filed October 7, 2014.**



In The

# Fourteenth Court of Appeals

NO. 14-14-00498-CR
**MARK SOLIZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1392000**

## ORDER

On September 25, 2014, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine if appellant is entitled to appointed counsel on appeal. Retained counsel, Thomas A. Radosevich, filed a notice of appearance on September 30, 2014.

Accordingly, our order of September 25, 2014, is withdrawn. The appeal is reinstated. Appellant's brief is due thirty days from the date of this order.

PER CURIAM